| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE**<br>**MINUTE ORDER** | DEPUTY CLERK<br>Ivy Lerma Garcia | REPORTER/FTR<br>FTR 5/7/07 10:24:53-10:31:59 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>5/7/07 | NEW CASE ☐ | CASE NUMBER<br>CR-07-70266-CW |

### APPEARANCES

| DEFENDANT<br>JOSE ANTONIO MORAN | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Bryan Whittaker | | INTERPRETER<br>Int. not needed by the deft. | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Taifa Gaskins | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR<br>time 7 Mins HELD | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL<br>time | ☐ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or<br>S/R | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVALHRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

### INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS<br>5/7/07 | ☒ ADVISED<br>OF CHARGES<br>5/7/07 | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**
MAY 7 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

CRIM HISTORY REPORT ONLY

| ☒ MOTION<br>FOR<br>DETENTION | ☒ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>5/10/07 | ☒ APPOINT RE. COUNSEL | ☐ BOND<br>SIGNING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☒ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR | ☐ CHANGE OF<br>PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ DETENTION<br>HEARING | ARRAIGN-<br>MENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY/<br>REMOVAL | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP.REL.<br>REV. HEARING |

### ADDITIONAL PROCEEDINGS

AFPD J. Matthews will provide the deft. with a fin. affidavit form & will help him in filling it out. The govt's atty. gave the Court a copy of the detainer that was lodged on the deft. by ICE (Immigration and Customs Enforcement). Request for discovery made by the deft's atty. to the govt's atty. The govt's atty. agreed to provide the deft's atty. with the discovery in the next couple of days. The deft's atty. requested that Pret. Svcs. prepare a Criminal History Report only of the deft.
cc: WDB's Stats, Pretrial

U.S. Department of Homeland Security
Immigration and Customs Enforcement

# Immigration Detainer - Notice of Action

**RECEIVED MAY 7 - 2007**
WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

| To: (Name and title of Institution) | From: (ICE office address) |
|---|---|
| CUSTODIAN OF RECORDS, HOLDS/WARRANTS/DETAINERS, STATE PRISONS, FEDERAL BUREAU OF PRISONS, CITY/COUNTY JAIL, CALIFORNIA DEPARTMENT OF CORRECTIONS, UNITED STATES MARSHALS SERVICE OR ANY SUBSEQUENT LAW ENFORCEMENT AGENCY | DEPARTMENT OF HOMELAND SECURITY IMMIGRATION & CUSTOMS ENFORCEMENT OFFICE OF INVESTIGATIONS 630 SANSOME STREET SAN FRANCISCO, CA 94111 |

| Name of Alien (ICE): Jose Antonio Moran | | Name of Alien (Institution): | |
|---|---|---|---|
| Date of Birth: 06/01/1979 | Nationality: Mexico | Offense (NCIC): 8USC1326 | File No: A 73 878 791 |
| CII/SID: CA11844385 | BOP No: | Date Sentenced: | Date Detainer Filed: 05/04/2007 |
| FBI: 128816XA3 | Booking No: | Sentence Length: | Interview Date: |
| Institution No: | Sex: Male | Ag Felony: ☒ Yes ☐ No  ☐ DO ☐ DR ☐ OT | ERD: |

**You are advised that the action noted below has been taken by U.S. Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.
☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____
        (Date)
☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
                                                                                            (Date)
☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**
Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive. If you have any further questions regarding this matter, please contact the ICE official named below at (415) 844-5347 during normal business hours.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE (Detention Branch) by calling (415) 844-5549 during business hours or by fax at (415) 844-5563.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.
    ☐ A self-addressed stamped envelope is enclosed for your convenience.
    ☐ Please return a signed copy via facsimile to (415) 844-5346.
        Return fax to the attention of ___person named below___
                                        (Name of ICE officer handling case)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution. **IF INMATE IS TRANSFERRED, NOTIFY GAINING INSTITUTION THAT THIS HOLD IS ACTIVE. PROVIDE A COPY OF THIS NOTICE TO THE INSTITUTION.**
☐ Please cancel the detainer previously placed by this Service on _____

_____        Special Agent
(Signature of ICE official)               (Title of ICE official)

**Receipt acknowledged:**
Date of latest conviction: _____ Latest conviction charge: _____
Estimated release date: _____
Signature and title of official: _____

Form SFR/I-247 (Rev. 6-1-99)N

**HOLD**